**JUDITH C. HOTZE, State Bar No. 123725**
Trial Attorney
**ANTONIA G. DARLING, State Bar No. 76190**
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916)930-2100 / Fax (916)930-2099

Attorneys for Appellant, Acting United States Trustee,
Region 17, Sara L. Kistler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA L. KISTLER, ACTING UNITED STATES TRUSTEE, REGION 17, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>MONIQUE D. MEZA, )<br>)<br>Appellee. )<br>_____ ) | District Court Case Number 2:06-cv-1307-MCE<br><br><br><br>Bankruptcy Court Case Number 06-20291-C-7 |

## ORDER EXTENDING TIME FOR FILING BRIEFS

The Court, having considered the motion of the Appellant for an extension of time for both parties to file their respective appellate briefs, and good cause appearing,

**IT IS HEREBY ORDERED** that the requested extension of time is granted.   The Appellant shall file her brief by July 14, 2006, and the Appellee shall file her brief by July 29, 2006.

DATED: July 11, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE