ROBERT R. SCHALDACH-Bar #85290
Attorney at Law
5777 Madison Avenue, Suite 940
Sacramento, California 95841
Telephone: (916)334-3700
Facsimile: (916)334-1901

Attorney for Debtor/Appellee
MONIQUE D. MEZA


FILED
AUG - 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>MONIQUE D. MEZA,<br>        Debtor.<br>SARA L. KISTLER, et al,<br>        Appellant,<br>Vs.<br>MONIQUE D. MEZA,<br>        Appellee. | Civ. Appeal No.:<br>  2:06-cv-1307-MCE<br>Bankruptcy Case No.:<br>  06-20291-C-07 |

**ORDER GRANTING APPELLEE'S APPLICATION FOR RELIEF
FROM DISTRICT COURT'S ELECTRONIC FILING REQUIREMENTS**

    This matter came before the court for consideration of the Appellee's Application for Relief From the District Court's Electronic Filing Requirements, set forth in Local Rule 5-133(a).

    It appears to the court that Appellee's counsel has demonstrated cause for relief from Local Rule 5-133(a), and that

1

---

In re Civil Appeal Matter of Meza, Monique D.; Case #2:06-cv-1307-MCE
Order Granting Application for Relief From Electronic Filing Rules

the Appellant's counsel has no objection to the relief requested by this application, and now therefore, pursuant to Local Rule 5-133(b)(1),

**IT IS HEREBY ORDERED** that the Appellee's counsel is granted a waiver of the electronic filing requirement of Local Rule 5-133(a) and the Appellee shall be permitted to file her brief in this matter as a paper document.

DATED: __8/7/06__

_____
MORRISON C. ENGLAND, JR.,
United States District Judge

2

In re Civil Appeal Matter of Meza, Monique D.; Case #2:06-cv-1307-MCE
Order Granting Application for Relief From Electronic Filing Rules