ROBERT R. SCHALDACH-Bar #85290
Attorney at Law
5777 Madison Avenue, Suite 940
Sacramento, California 95841
Telephone: (916)334-3700
Facsimile: (916)334-1901

Attorney for Debtor/Appellee
MONIQUE D. MEZA

FILED

AUG - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

MONIQUE D. MEZA,

        Debtor.
_____

SARA L. KISTLER, et al,

        Appellant,

Vs.

MONIQUE D. MEZA,

        Appellee.
_____

Civ. Appeal No.:
2:06-cv-1307-MCE

Bankruptcy Case No.:
06-20291-C-07

**ORDER ENLARGING TIME FOR APPELLEE TO FILE BRIEF ON APPEAL**

        The Court having considered the Second Stipulation of the parties for a further extension of time within which Appellee may file Appellee's Brief on Appeal herein, and good cause appearing therefrom,

/ / /

1

In re Civil Appeal Matter of Meza, Monique D.; Case #2:06-cv-1307-MCE
Order Granting Second Stipulation Enlarging Time

1       **IT IS HEREBY ORDERED** that the requested enlargement of
2 time is granted. Appellee shall file Appellee's Brief on Appeal
3 by August 10, 2006.
4 DATED:   8/7/06

_____
MORRISON C. ENGLAND, JR.,
United States District Judge

2

In re Civil Appeal Matter of Meza, Monique D.; Case #2:06-cv-1307-MCE
Order Granting Second Stipulation Enlarging Time